UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANTHONY CAPUTO,<br><br>            Plaintiff,<br><br>    v.<br><br>SCHERFFENBERG,<br><br>            Defendant. | 1:13-cv-00415 AWI GSA (PC)<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING<br><br>(Document# 11)<br><br>DEADLINE: April 12, 2014 |

　　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On March 14, 2014, Defendant filed a motion to extend time to file his response to plaintiff's complaint.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Defendant is granted an extension of time to and including April 12, 2014, to file his response to the complaint.

IT IS SO ORDERED.

　　Dated:   **March 20, 2014**　　　　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE